# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIS BRYAN HULL | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PEPPERTREE VACATION AND TRAVEL | )  No. 19-03048-CV-S-DPR |
| CLUB, *formerly dba* EQUIVEST VACATION | ) |
| AND TRAVEL CLUB | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Supplemental Notice of Removal (doc. 21) filed in response to the Court's Order (doc. 20) directing Defendant to show cause why the action should not be remanded for lack of subject matter jurisdiction. Upon review, the Court finds that Defendant's Supplemental Notice of Removal presents sufficient facts to support its allegation of diversity of citizenship under 28 U.S.C. § 1332. Accordingly, based on the facts presented, the Court will allow the matter to proceed unless and until the facts suggest otherwise. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal at any time the court finds subject matter jurisdiction lacking).

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: June 12, 2019